FILED

2019 JUN 21  AM 9:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA 19 - 484 M |
| v. | |
| Yohan Noe Lopez-Acosta | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Supervised Release Violation Petition
in the _____ District of Nebraska on 06/17/2019
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about May 18 2019
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: Honorable Laurie Smith Camp

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ____6-21-19____, by
Lori Wagers _____, Deputy Clerk.

_____          A. Castillo
Signature of Agent                       Print Name of Agent

United States Marshals Service           Deputy U.S. Marshal
Agency                                   Title

CR-52 (05/98)              AFFIDAVIT RE OUT-OF-DISTRICT WARRANT