

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOHAN NOE LOPEZ-ACOSTA,<br><br>Defendant. | Case No. 8:19-484-M<br><br>**AMENDED*<br>ORDER OF DETENTION AFTER<br>HEARING [Fed. R. Crim. P. 32.1(a)(6);18<br>U.S.C. § 3143(a)]<br><br>(**Amended as to Judge's signature date only) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Nebraska for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *family ties to Mexico; immigration status; prior deportations suggests a lack of amenability to supervision*.

and

B. ( X ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *prior criminal history; nature of prior federal conviction; immigration deportation/removal history and the instant allegations while on supervised release suggests lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated:   6/21/19

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge